**Order entered January 14, 2019**



### In The
### Court of Appeals
### Fifth District of Texas at Dallas

**No. 05-18-00470-CV**

**JOHN DOE I, INDIVIDUALLY AND AS NEXT FRIEND OF JOHN DOE II, A MINOR, Appellant**

**V.**

**RIPLEY ENTERTAINMENT, INC. AND JIM PATTISON U.S.A., INC., Appellees**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-07174**

## ORDER

Before the Court is appellees' January 10, 2019 unopposed second motion for an extension of time to file a brief. We **GRANT** the motion and extend the time to **February 11, 2019**. We caution appellees that further extension requests will be disfavored.

/s/     ERIN A. NOWELL
          JUSTICE